# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA T. MALONE, | Case No. 2:17-cv-01568-JCM-NJK |
| Plaintiff, | ORDER |
| vs. | |
| STATE FARM MUTUAL, et al., | |
| Defendants. | |

Pending before the Court is the parties' proposed discovery plan, Docket No. 11, which is hereby **DENIED**. The presumptively reasonable discovery period is 180 days calculated from the defendant's first appearance. Local Rule 26-1(b)(1). The parties, instead, seek a significantly longer discovery period by calculating from the meet and confer. Docket No. 20 at 2.

Accordingly, the discovery plan is **DENIED**. The parties shall file a renewed discovery plan, in compliance with the Court's Local Rules, no later than August 11, 2017.

IT IS SO ORDERED.

DATED: August 7, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge