# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THERESA T. MALONE, | Case No. 2:17-cv-01568-JCM-NJK |
| Plaintiff(s), | |
| vs. | ORDER |
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, | (Docket No. 16) |
| Defendant(s). | |

Pending before the Court is a motion to stay discovery pending resolution of Defendant's motion to dismiss. Docket No. 16; *see also* Docket No. 5 (motion to dismiss). To date, no response has been filed to the motion to stay discovery. For good cause shown, the motion to stay discovery is **GRANTED**. In the event that resolution of the motion to dismiss does not result in termination of this case (or in the further staying of this case), the parties shall file a proposed discovery plan within 14 days of the issuance of the order resolving that motion.

IT IS SO ORDERED.

DATED: August 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge