1 RILEY A. CLAYTON
Nevada Bar No. 005260
2 rclayton@lawhjc.com

3 **HALL JAFFE & CLAYTON, LLP**
7425 PEAK DRIVE
4 LAS VEGAS, NEVADA 89128
(702) 316-4111
5 FAX (702)316-4114

6 Attorney for Defendant,
*State Farm Mutual Automobile Insurance Company*
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THERESA T. MALONE,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES 1 through 20; ROE BUSINESS ENTITIES 1 THROUGH 20, inclusive jointly and severally,<br><br>Defendants. | CASE NO.: 2:17-cv-01568-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Plaintiff, Theresa T. Malone, and Defendant, State Farm Mutual Automobile Insurance Company, parties hereto, by and through their respective counsel, the Richard Harris Law Firm, for Plaintiff, and Hall Jaffe & Clayton, LLP, for Defendant, that

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

this matter be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this 20th day of November, 2017.           DATED this 11th day of November, 2017.

HALL JAFFE & CLAYTON, LLP                        RICHARD HARRIS LAW FIRM

By /s/ 13965 for                                 By: /s/
Riley A. Clayton, Esq.                           Michaela Tramel, Esq.
Nevada Bar No. 005260                            Nevada Bar No. 9466
7425 Peak Drive                                  801 So. Fourth St.
Las Vegas, NV 89128                              Las Vegas, NV 89101
*Attorney for State Farm*                        *Attorney for Plaintiff*

## ORDER

IT IS SO ORDERED.

/s/ James C. Mahan
UNITED STATES DISTRICT JUDGE

DATE: December 29, 2017